# United States District Court
# Western District of North Carolina
# Divisional Office Division

| David Michael Rice, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | 3:14cv300 |
| | ) | |
| vs. | ) | |
| | ) | |
| United Towing, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court upon initial review and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 9, 2014 Order.

Signed: June 10, 2014

Frank G. Johns, Clerk
United States District Court